```
 1  BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
 2  BETH A. COOK
    Nevada Bar No. 9928
 3  PHILLIPS, SPALLAS & ANGSTADT LLC
 4  504 South Ninth Street
    Las Vegas, Nevada 89101
 5  (702) 938-1510
    bentzminger@psalaw.net
 6  bcook@psalaw.net
 7
 8  Attorneys for Defendant
    Wal-Mart Stores, Inc.
 9
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARA HERNANDEZ, | Case No.: 2:16-cv-01314-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., DOES I-V and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 13 day of Oct., 2016.

DE CASTROVERDE LAW GROUP

_____
Kimberly Valentin, Esq.
1149 S. Maryland Parkway
Las Vegas, NV 89104
*Attorneys for Plaintiff*
*Sara Hernandez*

DATED this 20 day of October, 2016.

PHILLIPS, SPALLAS & ANGSTADT

_____
Beth Cook, Esq.   Ryan Kerbow
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 21, 2016.

_____
UNITED STATES DISTRICT JUDGE